

# NUMBER 13-19-00289-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES EDWARD THOMAS,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 272nd District Court
### of Brazos County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Perkes

Appellant James Edward Thomas, by and through his attorney, has filed a motion

to dismiss his appeal[1] because he no longer desires to prosecute it. *See* TEX. R. APP.

P. 42.2(a). We have not issued a decision in this appeal and the motion to dismiss is

---

[1] His appeal was transferred to this Court from the Fourteenth Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (delineating the jurisdiction of appellate courts); *id.* § 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

signed by both appellant and his attorney. *See id.* The motion to dismiss thus meets the requirements of the Texas Rules of Appellate Procedure. *See id.*

Accordingly, without passing on the merits of the case, we grant the motion to dismiss and we dismiss the appeal. *See id.*; *Arthur v. State*, 542 S.W.3d 822, 822 (Tex. App.—Houston [14th Dist.] 2018, no pet.) (per curiam). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of September, 2019.